# M A N D A T E

TO THE 394TH DISTRICT COURT OF CULBERSON COUNTY, GREETINGS:

Before our Court of Appeals for the Eighth District of Texas, on July 21, 2021, the cause upon appeal to revise or reverse your judgment between

|   |   |
|---|---|
| EX PARTE: JARETH CARDENAS, | Appellant, |
| No. 08-21-00034-CR                    and | |
| , | Appellee, |

was determined; and therein our said Court made its order in these words:

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the order of the court below and remand the case to the district court for immediate further proceedings consistent with this opinion. This decision shall be certified below for observance.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Eighth District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Clerk of the Court of Appeals, with the Seal thereof affixed, at the City of El Paso, this October 29, 2021.



Elizabeth G. Flores, Clerk

Elizabeth G. Flores

Trial Court No. 5684